```
 1  DENNIS M. GRADY, ESQ. Bar No. 118461
    E. SCOTT HIMELSTEIN, ESQ. Bar No. 209658
 2  GRADY AND ASSOCIATES
    3517 Camino Del Rio South, Suite 400
 3  San Diego, California  92108
    Telephone:  (619) 528-2530
 4  gradyfedonly@msn.com

 5  Attorneys for Plaintiff, ELSA MANULID

 6

 7

 8                   UNITED STATES DISTRICT COURT

 9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  ELSA MANULID,                    ) Case No. 10cv0721WQH (CAB)
                                     )
12               Plaintiff,          )
                                     ) REQUEST TO ENTER DEFAULT
13  vs.                              )
                                     )
14  SYCUAN CASINO & RESORT, an       ) Judge: Hon. William Q. Hayes
    entity; SYCUAN BAND OF THE       ) Courtroom: 4
15  KUMEYAAY NATION, an entity; DR.  )
    DONALD WEISS; an individual; and ) Complaint Filed: April 6, 2010
16  DOES 1-30, inclusive,            )
                                     )
17               Defendants.         )
    _____)
18

19     TO:  THE CLERK OF THE ABOVE-ENTITLED COURT

20     Plaintiff ELSA MANULID hereby requests that the Clerk of the

21  above-entitled court enter default in this matter against Defendants

22  SYCUAN CASINO & RESORT and SYCUAN BAND OF THE KUMEYAAY NATION on the

23  ground that said Defendants have failed to appear or otherwise

24  respond to the complaint within the time prescribed by the Federal

25  Rules of Civil Procedure.  Plaintiff served the complaint on

26  Defendants SYCUAN CASINO & RESORT and SYCUAN BAND OF THE KUMEYAAY

27

28
                                    1
                         REQUEST TO ENTER DEFAULT            10cv0721
```

1 | NATION on August 3, 2010, evidenced by the proofs of service of
2 | summons on file with this Court.
3 |     The above stated facts are set forth in the accompanying
4 | Declaration of E. Scott Himelstein, filed herewith.

Dated: September 27, 2010         GRADY AND ASSOCIATES

By: *s/E. Scott Himelstein*
DENNIS M. GRADY, ESQ
E. SCOTT HIMELSTEIN, ESQ.
Attorneys for Plaintiff,
ELSA MANULID