# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA MANULID, | CASE NO. 10cv721 WQH (CAB) |
| Plaintiff, | ORDER |
| vs. | |
| SYCUAN CASINO & RESORT, an entity; SYCUAN BAND OF THE KUMEYAAY NATION, an entity; UNITED STATES OF AMERICA; DOES 1-30, Inclusive, | |
| Defendants. | |

HAYES, Judge:

**BACKGROUND**

On April 6, 2010, Plaintiff filed her Complaint against Sycuan Casino & Resort, Sycuan Band of they Kumeyaay Nation, and Dr. Donald Weiss. (ECF No. 1).

On September 9, 2010, the United States filed a Notice of Certification of Scope of Employment for Defendant Dr. Donald Weiss, a Notice of Substitution of United States of America as Defendant in Place of Donald Weiss, M.D. and a Motion to Dismiss the Complaint which was granted.

On September 27, 2010, Plaintiff filed a Request to Enter Default against Sycuan Casino & Resort and Sycuan Band of Kumeyaay Nation. (ECF No. 11). On September 28, 2010, the Clerk declined to enter default because the proof of service "does not state that the copies were left with Mr. Forman [general counsel for Sycuan Casino & Resort and Sycuan

Band of they Kumeyaay Nation], and nothing indicates with whom (specifically) the documents were left." *Id.* Since September 27, 2010, the docket reflects that no action has been taken by either party in this case.

Pursuant to Local Rule 41.1, "[a]ctions or proceedings which have been pending in this court for more than six months, without any proceeding or discovery having been taken therein during such period, may, after notice, be dismissed by the court for want of prosecution." S.D. Cal. Civ. Local Rule 41.1; *see also* Fed. R. Civ. P. 41(b). It appearing to the Court that dismissal for want of prosecution may be appropriate in this case, Plaintiff is hereby **ORDERED TO SHOW CAUSE** as to why this case should not be dismissed without prejudice for failure to prosecute.

Plaintiff shall file a written response to this **ORDER TO SHOW CAUSE** on or before **March 4, 2011**. If Plaintiff does not respond, the Court will dismiss this case without prejudice.

DATED: February 4, 2011

                                        **WILLIAM Q. HAYES**
                                        United States District Judge